AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Arthur Farrington, III | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No.   5:20-cv-3663-HMH |
| Bryan K. Dobbs | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: Petition is dismissed in accordance with Federal Rule of Civil Procedure 41(b). A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, United States District Judge who adopted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   August 25,2021

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*